# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

147224-5

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITY OF RIVERVIEW,
    Plaintiff-Appellant,

and

CITY OF RIVER ROUGE,
    Intervening Plaintiff-Appellee,

v

SC: 147224-5
COA: 301549 & 302903
Ingham CC: 09-000712-CZ

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
    Defendant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the April 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826